THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ENRIQUE DE LOZA,<br><br>                Plaintiff,<br><br>v.<br><br>BRENDA VIERRA et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:21-CV-589-DBB<br><br>District Judge David Barlow |

      In an Order dated October 8, 2021, the Court required Plaintiff to within thirty days pay an initial partial filing fee (IPFF) of $30.33 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. (ECF No. 4.) To date, Plaintiff has not complied, nor has Plaintiff responded to the Order. Indeed, Plaintiff has not contacted the Court since he submitted his complaint on October 7, 2021. (ECF Nos. 1-3, 5.)

      **IT IS ORDERED** that, because Plaintiff did not follow the Court's order to file an IPFF and consent, and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

      DATED this 10th day of December, 2021.

                                            BY THE COURT:

                                            JUDGE DAVID BARLOW<br>
                                            United States District Court